

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2022

No. 04-22-00575-CV

**IN RE** Donald **LEMPAR** and Dennis Lempar

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI05174
Honorable Angelica Jimenez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Lori I. Valenzuela, Justice

On September 7, 2022, relators filed a petition for writ of mandamus. Relators' mandamus petition violates Texas Rule of Appellate Procedure 9.5 in that relators failed to certify they have properly provided service to all parties to this proceeding. *See* TEX. R. APP. P. 9.5. We **ORDER** relators to file a document evidencing proper service of relators' petition in compliance with Texas Rule of Appellate Procedure 9.5 on or before **September 15, 2022.**

If relators fail to comply with this order, this proceeding will be dismissed. *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** on September 8, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2022CI05174, styled *Donald Lempar, et al, v. Patrick Ballantyne, et al*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.